
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 22 2005
JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                     CASE NO. 3:04CV00407 GTE

URBYLENE V. WARD, WIDOW OF
GEORGE R. WARD, DECEASED                                    DEFENDANT

## ORDER CONFIRMING MARSHAL'S SALE

Now on this day there is presented to the Court the Report of Sale of the United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above-captioned case. It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Greene County, Arkansas, for four consecutive weeks, the last publication being on June 8, 2005, and that the said sale was held at Paragould, Arkansas, on June 15, 2005, at 11:30 a.m., in conformity with the Judgment of this Court. At such sale Chris Robinson and Candace Robinson, husband and wife, and Jonathan Robinson and Pam Robinson, husband and wife bid the sum of $22,000.00, and that being the highest and best bid offered, the property was then sold to Chris Robinson and Candace Robinson, and Jonathan Robinson and Pam Robinson.

IT IS, THEREFORE, ORDERED that the actions of the said United States Marshal in advertising and making such sale be, and the same are in all respects, approved by the Court, and the purchase price with interest shall be paid to the United States of America. The expense items reported by the United States Marshal in the amount of $60.00 are hereby approved by the Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by the Court's endorsement thereon and an order separately entered in conformity with local

practice. The Marshal is directed forthwith upon payment to deliver the deed to the purchasers named in his report of sale and that they be given possession of said property on demand. The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the United States Marshal, who shall proceed to place the purchasers in possession of the property.

DATED: July 20, 2005

_____
UNITED STATES DISTRICT JUDGE