
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 22 2005

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

VS.     CASE NO. 3:04CV00407 GTE

URBYLENE V. WARD, WIDOW OF
GEORGE R. WARD, DECEASED     DEFENDANT

## ORDER APPROVING MARSHAL'S DEED

On this day the United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to the United States of America, acting by and through Chris Robinson and Candace Robinson, husband and wife, and Jonathan Robinson and Pam Robinson, husband and wife, the purchasers of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said United States Marshal acknowledges that he has executed said deed to the purchaser for the consideration and purposes therein mentioned and set forth; and it is **ORDERED** by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: July 20, 2005

_____
UNITED STATES DISTRICT JUDGE



This Space Reserved For Recording Information

## MARSHAL'S DEED

**WHEREAS**, in a certain Civil Action No. 3:04CV00407 GTE pending in the United States District Court for the Eastern District of Arkansas, Jonesboro Division, wherein the United States of America was plaintiff and Urbylene V. Ward, Widow of George R. Ward, Deceased, was defendant, a Judgment was entered on April 28, 2005, directing the foreclosure of a certain mortgage executed by George R. Ward and Urbylene Ward to the United States of America, and ordering a sale of the property encumbered by said mortgage; and

**WHEREAS**, the undersigned United States Marshal for the Eastern District of Arkansas, duly conducted the sale authorized and directed in said Judgment; which sale was held at public auction on June 15, 2005, after advertisement for the time and in the manner prescribed in said judgment, and in all respects in accordance with the directions contained therein; and

**WHEREAS**, at said sale Chris Robinson and Candace Robinson, husband and wife, and Jonathan Robinson and Pam Robinson, husband and wife, were the highest and best bidders, bidding for said property in the sum of $22,000.00, the property then being struck off to Chris Robinson and Candace Robinson, and Jonathan Robinson and Pam Robinson at that price; and

**WHEREAS**, such sale was duly reported to the above described Court;

**NOW, THEREFORE**, with the approval of and by direction of such Court, for the considerations aforesaid, and in order to carry into effect the sale conducted as aforesaid, the undersigned United States Marshal hereby grants, sells and conveys unto Chris Robinson and Candace Robinson, husband and wife, and Jonathan Robinson and Pam Robinson, husband and wife, and their heirs and assigns, forever, all of the right, title, interest, equity and estate of all parties to this action in and to the following property situated in Greene County, Arkansas, to wit:

> That part of the East Half of the West Half of the Southwest Quarter of Section 35, Township 17 North, Range 5 East, described as follows: Beginning at the Northeast corner of said tract, run thence West 480 feet, run thence South 1555 feet to the true point of beginning, run thence South 115 feet, run thence East 150 feet, run thence North 115 feet, run thence West 150 feet to the true point of beginning.

**TO HAVE AND TO HOLD** the said property unto the said Chris Robinson and Candace Robinson, husband and wife, and Jonathan Robinson and Pam Robinson, husband and wife, and their heirs and assigns, with all appurtenances thereunto belonging.

IN WITNESS WHEREOF, I have hereunto set my hand on this 18TH day of July, 2005.

                                              *Ray E. Carnahan*
                                              Ray. E. Carnahan
                                              United States Marshal

PREPARED BY:
Fletcher Jackson
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR 72203
(501) 340-2600

## ACKNOWLEDGMENT

STATE OF ARKANSAS  )
COUNTY OF PULASKI  )

    BE IT REMEMBERED that on this day came before me, the undersigned, a notary public within and for the county and state aforesaid, duly commissioned, qualified and acting, Ray E. Carnahan, United States Marshal for the Eastern District of Arkansas, who stated and acknowledged to me that, pursuant to the judgment entered by the United States District Court for the Eastern District of Arkansas in the proceedings referred to therein, he had so signed and executed the foregoing Marshal's Deed for consideration, uses and purposes therein mentioned and set forth.

    IN TESTIMONY WHEREOF, I have hereunto set my hand and seal as such notary public on this 18th day of July, 2005.

                                              Gina Tomasiewicz, Notary Public

My Commission Expires:

[Notary Seal: GINA TOMASIEWICZ, COMM. EXP. NOTARY PUBLIC, 2-23-2009, PULASKI COUNTY, ARK.]