

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 22 2005

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

VS.            CASE NO. 3:04CV00407 GTE

URBYLENE V. WARD, WIDOW OF
GEORGE R. WARD, DECEASED            DEFENDANT

### ORDER OF DISTRIBUTION

On June 15, 2005, at 11:30 a.m., at the North door of the Greene County Courthouse, Paragould, Arkansas, the United States Marshal offered for sale the lands described in the Judgment entered on April 29, 2005. At such sale, Chris Robinson and Candace Robinson, husband and wife, and Jonathan Robinson and Pam Robinson, husband and wife, were the highest and best bidders for the property, and the property was then sold to the said Chris Robinson and Candace Robinson, husband and wife, and Jonathan Robinson and Pam Robinson, husband and wife.

On June 20, 2005, the United States Marshal received Check No. 1067 in the amount of $2,200.00, from Chris Robinson, and on July 1, 2005, received Check No. 411292 in the amount of $22,090.45 from Chris and Candy Robinson for payment in full for the property. In accordance with the terms of the Judgment, it is hereby ORDERED that the United States Marshal transfer the above mentioned funds to the United States of America, U.S. Department of Agriculture, Rural Development, formerly known as Farmers Home Administration, 700 West Capitol, Room 3416, Little Rock, Arkansas 72201, and notify Fletcher Jackson, Assistant United States Attorney by sending copy of same.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 20, 2005